IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BURROUGHS & CHAPIN CO., INC. and MYRTLE BEACH FARMS CO., INC., Plaintiffs, | |
| v. | No. 02-951 L |
| | Honorable Eric G. Bruggink |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

On November 5, 2004, the parties filed a Joint Motion to Stay this proceeding to allow the parties to attempt to resolve this dispute through an alternative dispute process. On November 10, 2004, the Court entered a stay and requested that the parties file periodic status reports. Pursuant to the Court's prior Order, the parties are filing this joint status report to apprise the Court of the status of alternative dispute resolution efforts and to request that the stay be extended for an additional 30 days from the date of this request, to allow the parties to obtain approval of the proposed settlement and the documents that have been prepared to evidence the proposed settlement.

For some time the parties have been engaged in settlement discussions and have employed the assistance of a mediator to resolve both this action and a direct condemnation action, regarding a portion of the same property, which was filed by the United States in the United States District Court for the District of South Carolina. Throughout the discussions and mediation sessions the parties have fashioned the general parameters of a resolution and counsel

for the parties have now drafted the proposed terms of a settlement agreement. The only remaining step is for Plaintiffs and the Department of Justice to obtain final approval of the settlement.

Because the parties continue to show progress toward final resolution of this matter without the need for further litigation and because the parties are continuing to cooperate in good faith; the parties request additional time to bring this matter to final resolution.

In order to allow the parties to obtain approval for the settlement from the appropriate decision makers, the parties jointly request that the stay in this case be extended for an additional 20 days from the date of this request. The parties will file another status report within 20 days to further apprise the Court of the case status.

Counsel for plaintiffs, Douglas M. Zayicek, has authorized counsel for the United States to represent to the Court that Plaintiffs join in this Joint Status Report and Motion to Continue Stay.

December 1, 2006

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/
______________________________
JAMES D. GETTE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC 20044-0663
(202) 305-1461
(202) 305-0506 (Fax)

Of Counsel:
Dominic H. Frinzi, Jr.
Senior Transactional Counsel
Air Force Real Property Agency
1700 N. Moore Street, Suite 2300
Arlington, VA 22209-2802
(703) 696-5360
(703) 696-0185 (Fax)