# In the United States Court of Federal Claims

No. 02-951L
(Filed: December 6, 2006)

**************************
BURROUGHS & CHAPIN
CO., INC. and MYRTLE BEACH
FARMS CO., INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
**************************

ORDER

The court has before it the parties' joint status report and motion to continue the stay of this action, filed December 1, 2006. For good cause shown, the motion is granted. Accordingly, this action is stayed until and including January 3, 2007. The parties shall file a joint status report on or before January 3, 2007 regarding progress of settlement in this action.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge