IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BURROUGHS & CHAPIN CO., INC.
and MYRTLE BEACH FARMS CO., INC.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 02-951 L

Honorable Eric G. Bruggink

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims and the terms of the parties' Settlement Agreement, the parties respectfully request that the Court dismiss the above-captioned action, with prejudice. Each party shall bear its own expenses, costs, and attorneys' fees.

February 2, 2007

Respectfully Submitted,

/s/ Howell V. Bellamy, Jr.

HOWELL V. BELLAMY, JR.
DOUGLAS M. ZAYICEK
BELLAMY, RUTENBERG, COPELAND,
EPPS, GRAVELY & BOWERS, P.A.
Post Office Box 357
Myrtle Beach, SC 29578-0357
(843) 448-2400
(843) 448-3022 (fax)

Counsel for Burroughs & Chapin Co., Inc. and
Myrtle Beach Farms Co., Inc.
MATTHEW J. MCKEOWN

Acting Assistant Attorney General
Environment and Natural Resources Division

/s/James D. Gette
________________________________

JAMES D. GETTE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC 20044-0663
(202) 305-1461
(202) 305-0506 (Fax)

Counsel for United States of America